State of Florida and L. C. Richmond, J. M. Key, N. M. Barney and J. A. Caple, Appellants, v. Special Road and Bridge District Number Three of Dade County, Florida, acting by and through the Board of County Commissioners of said County and State, Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Dade.

Appeal dismissed on motion of counsel for the respective parties.

*Price, Price & Eyles,* for Appellants;

*McCaskill & McCaskill,* for Appellees.